UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VICTOR RODRIGO GONZALEZ MEDINA, <br><br>*Petitioner*, <br><br>v. <br><br>PAMELA BONDI, ATTORNEY GENERAL, KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, MARISA FLORES, DIRECTOR, EL PASO FIELD OFFICE IMMIGRATION AND CUSTOMS ENFORCEMENT, AND CURTIS TAYLOR, MAJOR GENERAL, U.S. ARMY AT CAMP BLISS, <br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § §   No. 3:26-CV-00303-LS |

## ORDER DISMISSING CASE

Respondents advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus ordering his release from Immigration and Custom Enforcement custody.[2] The Court therefore denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

---

[1] ECF No. 5.
[2] ECF No. 1, at 21.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").

**SIGNED** and **ENTERED** on February 24, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**